**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Jerry McGowan,**
    **Plaintiff**

-vs-                                    Case No.  C-1-02-408

**Bob Evans Farms, Inc.,**
**et al.,**
    **Defendants**

# JUDGMENT

      **Jury Verdict.**    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**      **Decision by Court.**    This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED that:**

Plaintiff's motion to dismiss his claims against defendant Teague is GRANTED. Plaintiff's motion to remand is GRANTED and the remaining claims in this action are REMANDED to the Court of Common Pleas for Warren County.

Date:  December 3, 2003                            James Bonini, Clerk

                                                              By:  s/Mary C. Brown
                                                                    Mary C. Brown, Deputy Clerk