IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerry McGowan,                          )
                                        )
                    Plaintiff,          )   Case No. 1:02-CV-408
                                        )
        vs.                             )
                                        )
Bob Evans Farms, Inc., et al.,          )
                                        )
                    Defendants.         )

<u>O r d e r</u>

        The Amended Order and Judgment (Doc. 31 and Doc. 32)
issued by this Court on December 3, 2003, are hereby **VACATED** as
improvidently issued.  The Order and Judgment (Doc. 29 and Doc.
30) issued on December 2, 2003, are hereby **REINSTATED**.  This
matter is **REMANDED** to the Court of Common Pleas for Hamilton
County, Ohio.

        **IT IS SO ORDERED.**

                        _____/s/_____
                        Sandra S. Beckwith
                        United States District Judge